This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee,**

Plaintiff-Appellee,

v.                                                                          **NO. 32,341**

**ROBERT M. VAN ROOYEN and LISA P. MARSTON-VAN ROOYEN,**

Defendants-Appellants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Beatrice J. Brickhouse, District Judge**

Modrall, Sperling, Roehl, Harris & Sisk, P.A.
William R. Keleher
Jennifer L. Bradfute
Albuquerque, NM

for Appellee

Albuquerque Business Law, P.C.
Patrick J. Griebel
Heather S. Jaramillo
Albuquerque, NM

for Appellant

**MEMORANDUM OPINION**

**VANZI, Judge.**

Defendants/Appellants, Robert M. Van Rooyen and Lisa P. Marston-Van Rooyen, appeal from the district court's order denying Defendants' emergency motion to vacate default judgment and special master sale ("motion to vacate"). [DS 2, 5, RP 323]  We issued a notice on January 7, 2013, proposing to summarily affirm. Defendants had twenty days from the date of service of this notice to serve and file a memorandum in opposition.  Rule 12-210(D)(3) NMRA.  Defendants have failed to file either a memorandum in opposition to our proposed summary disposition or a request for an extension of time.  On January 28, 2013, Plaintiff/Appellee, Deutsche Bank Trust Company Americas, filed a memorandum in support of our proposed summary disposition.  We have previously held that "[f]ailure to file a memorandum in opposition constitutes acceptance of the disposition proposed in the calendar notice." *Frick v. Veazey*, 116 N.M. 246, 247, 861 P.2d 287, 288 (Ct. App. 1993). Accordingly, we affirm the district court's denial of Defendants' motion to vacate.

**IT IS SO ORDERED.**

_____

**LINDA M. VANZI, Judge**

**WE CONCUR:**


_____

**JAMES J. WECHSLER, Judge**

2

_____
**CYNTHIA A. FRY, Judge**